Niki Okcu, Bar No. 229345
Niki.Okcu@att.com
AT&T SERVICES, INC. – LEGAL DEPT.
430 Bush Street, 1st Floor
San Francisco, California 94108
Phone: 925.543.1545/Fax: 925.867.3869

Attorneys for Defendant DIRECTV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| YASHAR MEHDAD,<br><br>  Plaintiff,<br><br>  v.<br><br>DIRECTV, INC.<br><br>  Defendant. | Case No. 5:16-cv-00113-BLF<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT DIRECTV;** [PROPOSED] **ORDER**<br><br>Hon. Beth Labson Freeman<br>Hon. Magistrate Howard R. Lloyd<br>Dept. 3<br><br>Complaint Filed: January 8, 2016 |

TO COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that AT&T, Services Inc. – Legal Department will be representing Defendant DIRECTV, LLC (improperly named in the Complaint as DIRECTV, Inc.) ("DIRECTV") and substitute as counsel for Snell & Wilmer in the above captioned matter.

Withdrawing Counsel for DIRECTV are:

    Becca Wahlquist, Bar No. 215948
    bwahlquist@swlaw.com
    SNELL & WILMER L.L.P.
    350 South Grand Avenue, Suite 2600
    Two California Plaza
    Los Angeles, California 90071
    Phone: 213.929.2500/Fax: 213.929.2525

Patrick Kelly, Bar No. 274588
pkelly@swlaw.com
SNELL & WILMER L.L.P.
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California 90071
Phone: 213.929.2500/Fax: 213.929.2525

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant DIRECTV:

Niki Okcu, Bar No. 229345
Niki.Okcu@att.com
AT&T SERVICES, INC. – LEGAL DEPT.
430 Bush Street, 1st Floor
San Francisco, California 94108
Phone: 925.543.1545/Fax: 925.867.3869

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated:  March 9, 2016               SNELL & WILMER, L.L.P.

                                    By:    /s/ Becca Walhquist
                                           Becca Walhquist


Dated:  March 9, 2016               SNELL & WILMER, L.L.P.

                                    By:    /s/ Patrick Kelly
                                           Patrick Kelly

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

                                    Respectfully Submitted,

Dated:  March 9, 2016               AT&T SERVICES, INC. – LEGAL DEPT.

                                    By:    /s/ Niki Okcu
                                           Niki Okcu
                                    Niki Okcu, Bar No. 229345
                                    Niki.Okcu@att.com
                                    AT&T SERVICES, INC. – LEGAL DEPT.
                                    430 Bush Street, 1st Floor
                                    San Francisco, California 94108
                                    Phone: 925.543.1545/Fax: 925.867.3869

                                    Attorneys for Defendant DIRECTV, LLC

#675444

**[PROPOSED] ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: March 11, 2016

_____
HON. BETH LABSON FREEMAN
United States District Court Judge

#675444

3

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; AND [PROPOSED] ORDER

**CERTIFICATE OF SERVICE**

I, Niki Okcu, declare as follows:

I am over the age of 18 and not a party to the within action.  My business address is AT&T Services, Inc. – Legal Department, 430 Bush Street, 1st Floor, San Francisco, California 94108.  On March 9, 2016, I served the within:

**Notice of Withdrawal and Substitution of Counsel**

on the interested parties as follows:

**Michael S. Agruss**
michael@agrusslawfirm.com

(**By Electronic Mail**) By transmitting such document(s) electronically via the Northern District of California's CM/ECF system, to the person(s) at the electronic mail addresses listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 9, 2016, at San Ramon, California.

By:   /s/ Niki Okcu
       Niki Okcu

#675444