UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YASHAR MEHDAD,<br><br>            Plaintiff,<br><br>      v.<br><br>DIRECTV, INC.,<br><br>            Defendant. | Case No. 16-cv-00113-BLF<br><br>**ORDER RE NOTICE OF SETTLEMENT**<br><br>[Re: ECF 20] |

Before the Court is Plaintiff's Notice of Settlement, which informs the Court that the parties have reached a settlement in this case and Plaintiff anticipates dismissing this case with prejudice within 30 days. Accordingly, the Court VACATES all dates currently set for this case and ORDERS Plaintiff to submit the Stipulation or a status update by May 5, 2016.

**IT IS SO ORDERED.**

Dated: April 5, 2016

_____
BETH LABSON FREEMAN
United States District Judge